21 So.2d 857

Carlton J. McDANIEL v. STATE.
4 Div. 902.

Court of Appeals of Alabama.
April 17, 1945.

W. R. Belcher, of Phenix City, for appellant.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

23 So.2d 145

Raymond McFERRIN v. STATE.
6 Div. 135.

Court of Appeals of Alabama.
May 8, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

21 So.2d 857

Jerry McKINNEY v. STATE.
8 Div. 461.

Court of Appeals of Alabama.
Feb. 13, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.
Affirmed.

24 So.2d 924

Willie George MACK v. STATE.
6 Div. 279.

Court of Appeals of Alabama.
Jan. 22, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

23 So.2d 885

Bob MALONE v. STATE.
8 Div. 492.

Court of Appeals of Alabama.
Nov. 13, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

23 So.2d 885

O. B. MANN v. STATE.
4 Div. 897.

Court of Appeals of Alabama.
Nov. 27, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Affirmed.